FILED
CLERK, U.S. DISTRICT COURT
6/29/15
CENTRAL DISTRICT OF CALIFORNIA
BY: ___LB___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

WILLIAM WILBER, et al.

Plaintiffs,

v.

BANK OF AMERICA, N.A.

Defendant.

CASE NO.:  SACV 14-1771 AG (JPRx)

**JUDGMENT**

Judgment is entered against Plaintiffs William Wilber; Nicole Kharzi; Karen Oldmixon; Larry Cain; Robyn Jamison; Otto Fox; Gail Young; Mark Thomas; Cindy Dicosimo; Carol Winkler; David Winkler; and Kurt Young, and in favor of Defendant Bank of America, N.A.

DATED: June 29, 2015

_____

The Honorable Andrew J. Guilford

District Court Judge